UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| | \* | Chapter 13 |
| In Re: | \* | |
| Maria LeRoy | \* | Docket No.: 10-12312 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REOPEN CASE

The Debtor, by and through her counsel, respectfully request that the above-captioned case be reopened pursuant to 11 USC §350(b) in order to accord relief to the Debtor and in support thereof the Debtor states the following"

1. The Debtor filed bankruptcy pursuant to Chapter 7 of the Bankruptcy Code on March 5, 2010 and received a discharge pursuant to 11 USC §727 on June 15, 2010.

2. The Debtor only recently discovered that a lien was filed on August 5, 2009 on her real estate located 163 Lawrence Street, New Bedford, MA.

3. Counsel for the Debtor has prepared and will be filing a Motion to Avoid Liens in the above referenced case.

WHEREFORE, the Debtor respectfully requests that this Court reopen this case for the limited purpose of filing a Motion to Avoid Liens on her residence.

Respectfully Submitted
By Debtor's Attorney,

/s/ Tara M. George
Tara M. George, Esq., BBO#667256
75 State Road
Dartmouth, MA 02747
AttyTaraGeorge@gmail.com
(508) 996-0636

November 17, 2014

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

***************************

| | | |
|---|---|---|
| In Re: | * | Chapter 13 |
| Maria A. LeRoy | * | Docket No.: 10-12312 |
| | * | |

***************************

### CERTIFICATE OF SERVICE

I, Tara M. George, hereby certify that on this 17th day of November, 2014, I served a copy of the within Motion by mailing same first class, postage prepaid to the following:

Maria LeRoy
163 Lawrence Street
New Bedford, MA 02740

E-Mail service via the Court's CM/ECF system which sent notification of such filing to the following:

HSBC Bank
Bass and Associates, PC
3936 E. Ft Lowell Road, Suite #200
Tucson, AZ 85712

Office of the United States Trustee
5 Post Office Sq., 10th Floor, Suite 1000
Boston, MA 02109

/s/ Tara M. George
Tara M. George